

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00582-CV

**IN THE INTEREST OF C.A. AND M.A., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01957
Honorable Martha Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Notices of appeal were filed in this appeal by: (1) the mother, Laura Lee Castaneda; (2) the father, Pedro Almanza; and (3) the attorney and guardian ad litem for the children, Alana Pearsall.

Almanza's appellant's brief was filed on October 28, 2015. Accordingly, appellee's brief in response to Almanza's brief was due to be filed on November 17, 2015. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellee's brief in response to Almanza's brief must be filed no later than December 7, 2015.

Pearsall's appellant's brief was filed on November 12, 2015. Accordingly, appellee's brief in response to Pearsall's brief is due to be filed on December 2, 2015.

The attorney for Castaneda filed an *Anders* brief, and the appellee filed a waiver letter in response to that brief on November 18, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court